■

In the Matter of the Probate of the Will of DAVID F. KEARNEY, Deceased. AVIS H. NEEDHAM et al., Respondents; HELEN V. PURTELL, Appellant.— Decree affirmed, with costs to all parties filing briefs payable out of the estate. All concur. (Appeal from a decree admitting a will to probate.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, Respondent, v. CITY OF FULTON, Appellant.— Judgment insofar as appealed from affirmed, with costs. All concur. (Appeal from part of a judgment for plaintiff in an injunction action.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WOODROW W. YORK, Appellant.— Judgment of conviction affirmed. All concur, except Vaughan and Piper, JJ., who dissent and vote for reversal and for dismissal of the indictment. (Appeal from a judgment convicting defendant of the crime of abandonment under section 480 of the Penal Law.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

EDWARD STUKEY, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 30246.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment for claimant on a claim arising out of alleged negligent condition of State highway.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

DONALD E. STUKEY, an Infant, by EDWARD STUKEY, His Guardian ad Litem, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 30247.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment for claimant on a claim arising out of alleged negligent condition of State highway.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

BLANCHE BRODZIK, as Administratrix of the Estate of FRANCIS SAWNER, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 30248.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment for claimant on a claim arising out of alleged negligent condition of State highway.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

EMILY K. SCHUESSLER, as Administratrix of the Estate of ALFRED M. SCHUES-SLER, Deceased, Respondent, v. NEW YORK, CHICAGO & ST. LOUIS RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a railroad negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.